**MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYISHA MOSS, an individual on behalf of herself, and SHUMEKA MOSS, an individual on behalf of herself, and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>vs.<br><br>BAKERS FOOTWEAR GROUP, INC., a Missouri corporation conducting business in the State of California, and Does 1 to 10,<br><br>          Defendants. | CASE NO. CV 08-3415 GW (CWX)<br><br>**JUDGMENT** |

LEGAL_US_W # 61556925.1

In accordance with the Court's Order granting the parties' joint motion for final approval of class action settlement dated May 14, 2009, JUDGMENT IS HEREBY ENTERED dismissing the above entitled case in its entirety with prejudice; provided, however, that only the Fair Labor Standards Act ("FLSA") claims of Class Members who did not file a Claim and Consent to Join FLSA Settlement Form and any FLSA claims arising outside of the State of California are dismissed without prejudice.

Dated: May 14, 2009

_____
Honorable George H. Wu
UNITED STATES DISTRICT COURT JUDGE

LEGAL_US_W # 61556925.1                    -1-

[PROPOSED] JUDGMENT